TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN S. GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
JAMES E. DOCHTERMAN (Cal. Bar No. 256396)
Assistant United States Attorney
Asset Forfeiture Section
Federal Courthouse, 14th Floor
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-2686
Facsimile: (213) 894-0142
E-mail: James.Dochterman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| IN THE MATTER OF THE SEIZURE OF $137,495.00 IN U.S. CURRENCY. | No. 2:21-CM-00219 <br><br> STIPULATION AND REQUEST TO EXTEND THE DEADLINE TO FILE CIVIL FORFEITURE COMPLAINT <br><br><br> [PROPOSED ORDER LODGED CONTEMPORANEOUSLY HEREWITH] |
| --- | --- |

It is hereby stipulated by and between the United States of America (the "government") and potential claimant Breanna Feeney ("Feeney") through her counsel, Ariel Mitchell, as follows:

1

1.    Claimant filed a written claim on June 3, 2021, in administrative forfeiture proceedings commenced by the Drug Enforcement Administration ("DEA") with respect to $ 137,495.00 in U.S. Currency seized on March 8, 2021.

2.    The government asserts that the DEA sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  Under 18 U.S.C. § 983(a)(2)(A)–(E), the time has either expired or been tolled for any person to file a claim to the seized assets.

3.    Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the seized assets alleging that the seized assets are subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, which in this case would be September 1, 2021.

4.    As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend the time in which the United States is required to file a complaint for forfeiture or indictment against the seized assets, in order to provide the parties an opportunity to discuss settlement.

5.    The parties request and agree that the deadlines by which the United States shall be required to file a complaint for forfeiture against the seized assets and/or obtain and indictment alleging that the seized assets are subject to forfeiture be extended to November 30, 2021.

6.    Claimant knowingly, intelligently, and voluntarily gives up any right he may have under 18 U.S.C. § 983(a)(3)(A)-(C) to require the United States to file a complaint for forfeiture against the seized assets alleging that defendant $ 137,495.00 in U.S. Currency is subject to forfeiture by September 1, 2021, and any right he may have to seek dismissal of any complaint on the grounds that it was not filed or returned on or before such date.

//

//

NOW, THEREFORE, the parties hereto, by and through their respective attorneys, hereby STIPULATE AND REQUEST that the government's time to file a civil forfeiture complaint in connection with the seizure of defendant $ 137,495.00 in U.S. Currency be extended to and include November 30, 2021.

SO STIPULATED

Dated: August <u>27</u>, 2021

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN S. GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

JAMES E. DOCHTERMAN
Assistant United States Attorney

Dated: August ___, 2021    8/27/2021

ARIEL MITCHELL
The Law Office of Ariel E Mitchell, P.A.

Attorney for Claimant
BREANNA FEENEY

<u>**PROOF OF SERVICE BY E-MAIL**</u>

I am a citizen of the United States and a resident of or employed in Los Angeles County, California; my business address is the Office of United States Attorney, 312 North Spring Street, 14th Floor, Los Angeles, California 90012; I am over the age of 18; and I am not a party to the above-titled action;

On August 27, 2021, I served a copy of: <u>**STIPULATION AND REQUEST TO EXTEND THE DEADLINE TO FILE CIVIL FORFEITURE COMPLAINT**</u> on each person or entity named below by transmitting the document by electronic mail to the e-mail address indicated for receipt of e-mail on the date and place shown below following our ordinary office practices.  Each person has given consent to receive service by e-mail.

**TO:   Ariel Mitchell**
**The Law Office of Ariel E Mitchell, P.A.**
**PO Box 12864**
**Miami, FL 33101**
**Ariel@arielesq.com**

I am readily familiar with the practice of this office for transmittal of electronic mail from a desktop computer which allows for confirmation that an e-mail message was sent on a particular day and time.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 27, 2021, at Los Angeles, California.

*Luis F. Chaves*
**LUIS F. CHAVES**
Senior Paralegal, FSA